lant, v. Thomas M. Lynch and Others, Tax Commissioners, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by New York, Ontario and Western Railway Company and Liberty-County Line, Part 1, State Highway No. 5223, Located about 400 Feet North of Parksville Station in the Town of Liberty, Sullivan County. In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by New York, Ontario and Western Railway Company Known as Parksville Second Crossing, Located about 740 Feet North of Parksville Station in the Town of Liberty, Sullivan County.— Order unanimously affirmed, with costs, on the authority of *Matter of Grade Crossing Elimination* (226 App. Div. 447; affd., 252 N. Y. 583). Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

Dallas M. Hazelton, Appellant, v. St. Joseph Lead Company, Respondent. — Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

Norman McMullin, Respondent, v. Dairymen's League Co-Operative Association, Inc., Appellant.— Judgment and order reversed, on the law, with costs, and complaint dismissed, with costs, on the ground that there was no evidence to justify a verdict for plaintiff under the amended complaint. Van Kirk, P. J., Hinman, Rhodes and Crapser, JJ., concur; Hill, J., dissents and votes to affirm on the ground that there was question of fact to be passed upon by the jury.

Shell Eastern Petroleum Products, Inc., Respondent, v. North End Auto Supply Co., Inc., Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

Wright A. Smith, Appellant, v. Margaret A. Pitts and Others, Respondents, Impleaded with Henry E. Cooper and Others, Appellants.— Interlocutory judgment affirmed, with costs. Van Kirk, P. J., Hinman and Rhodes, JJ., concur; Hill, J., dissents and votes to reverse on the ground that the evidence required the finding and decision of marriage between Polly Mary Smith and James Cooper; Crapser, J., not sitting.

Louis Solow, Appellant, v. Katherine S. Connelly, as Executrix, etc., of John M. Connelly, Deceased, Respondent.— Judgment unanimously affirmed, with costs. · Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

John Porter Leland, as Administrator, etc., of William Leland, Deceased, Respondent, v. Witbeck Bros., Inc., and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

Caroline Schenkel, Respondent, v. Jacob Schenkel, Appellant.— Judgment reversed, on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the evidence is insufficient to support the findings upon which the judgment is based, and would not sustain any finding as required by section 1161 of the Civil Practice Act necessary for separation. Hinman, Hill, Rhodes and Crapser, JJ., concur; Van Kirk, P. J., not sitting. The court reverses findings of fact numbered four and five.